UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LeeAnne Walters, et al.,

          Plaintiff(s),          Case No. 20-cv-12726

v.                                             Honorable Matthew F. Leitman

J.P. Morgan Chase & Co., et al.,        Magistrate Judge David R. Grand

          Defendant(s).
                                                        /

### ORDER REGARDING REASSIGNMENT OF COMPANION CASE

       This case appears to be a companion case to Case No. __17-cv-10164__. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable __Judith E. Levy__ and Magistrate Judge _____.

                                               s/Matthew F. Leitman
                                             Matthew F. Leitman
                                             United States District Judge

                                             s/Judith E. Levy
                                             Judith E. Levy
                                             United States District Judge

       Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
       Case type: __CIVIL__

       If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: __October 8, 2020__                           s/N. Ahmed
                                                           Deputy Clerk

cc:     Parties and/or counsel of record
           Honorable Judith E. Levy