UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In Re* Flint Water Cases, | No. 5:16-cv-10444-JEL-MKM (consolidated) <br><br> Hon. Judith E. Levy |
| LeeAnne Walters, as Next of Friend for Two Minor Children, G.W. 1 and G.W. 2, et al., <br><br> *Plaintiffs*, <br> v. <br><br> J.P. Morgan Chase & Co.; Wells Fargo Bank, National Association; and Stifel, Nicolaus & Company, Incorporated, <br><br> *Defendants*. | Case No. 5:20-cv-12726 |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant J.P. Morgan Securities LLC, incorrectly named in the Complaint as J.P. Morgan Chase & Co., certifies as follows:

1. J.P. Morgan Securities LLC is a wholly-owned subsidiary of J.P. Morgan Broker-Dealer Holdings, Inc., which, in turn, is a wholly-owned subsidiary of JPMorgan Chase & Co., a publicly held company.

2. JPMorgan Chase & Co. has no parent company, and no publicly held corporation owns 10% or more of its stock.

Dated: November 9, 2020

Respectfully submitted,

/s/ Louis P. Gabel
Louis P. Gabel (P80365)
JONES DAY
150 W. Jefferson Ave., Suite 2100
Detroit, MI 42226
P: (313) 733-3939
lpgabel@jonesday.com

Charlotte H. Taylor (DC 1024658)
JONES DAY
51 Louisiana Ave., N.W.
Washington, DC 20001
P: (202) 879-3939
ctaylor@jonesday.com

*Counsel for Defendant J.P. Morgan Securities LLC*

## CERTIFICATE OF SERVICE

I certify that on November 9, 2020, I caused the foregoing document to be electronically filed with the Clerk of the Court through the CM/ECF system, which will effectuate service upon all counsel of record.

/s/ Louis P. Gabel
Louis P. Gabel

*Counsel for Defendant J.P. Morgan Securities LLC*