UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In Re* Flint Water Cases, | No. 5:16-cv-10444-JEL-MKM (consolidated) <br><br> Hon. Judith E. Levy |
| LeeAnne Walters, as Next of Friend for Two Minor Children, G.W. 1 and G.W. 2, et al., <br><br>     *Plaintiffs*, <br> v. <br><br> J.P. Morgan Chase & Co.; Wells Fargo Bank, National Association; and Stifel, Nicolaus & Company, Incorporated, <br><br>     *Defendants*. | Case No. 5:20-cv-12726 |

## **RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Stifel, Nicolaus & Company, Incorporated, certifies as follows:

1. Stifel, Nicolaus & Company, Incorporated is a wholly-owned subsidiary of Stifel Financial Corporation.

2. Stifel Financial Corporation is a publicly-held company whose shares are traded on the New York Stock Exchange.

3. Stifel Financial Corporation has no parent company.

4. BlackRock, Inc., a Delaware corporation, is the beneficial owner of greater than 10% of Stifel Financial Corporation's outstanding shares.

Dated: November 9, 2020

Respectfully submitted,

/s/ Louis P. Gabel
Louis P. Gabel (P80365)
JONES DAY
150 W. Jefferson Ave., Suite 2100
Detroit, MI 42226
P: (313) 733-3939
lpgabel@jonesday.com

Charlotte H. Taylor (DC 1024658)
JONES DAY
51 Louisiana Ave., N.W.
Washington, DC 20001
P: (202) 879-3939
ctaylor@jonesday.com

*Counsel for Defendant Stifel, Nicolaus & Company, Inc.*

## **CERTIFICATE OF SERVICE**

    I certify that on November 9, 2020, I caused the foregoing document to be electronically filed with the Clerk of the Court through the CM/ECF system, which will effectuate service upon all counsel of record.

                                            */s/ Louis P. Gabel*
                                            Louis P. Gabel

                                            *Counsel for Defendant Stifel, Nicolaus & Company, Inc.*