UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In Re* Flint Water Cases, | No. 5:16-cv-10444-JEL-MKM (consolidated) |
| | Hon. Judith E. Levy |
| LeeAnne Walters, as Next of Friend for Two Minor Children, G.W. 1 and G.W. 2, et al., | Case No. 5:20-cv-12726 |
| *Plaintiffs*, | |
| v. | |
| J.P. Morgan Chase & Co.; Wells Fargo Bank, National Association; and Stifel, Nicolaus & Company, Incorporated, | |
| *Defendants*. | |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Wells Fargo Bank, National Association certifies as follows:

1.  Wells Fargo Bank, N.A. is an indirectly wholly-owned subsidiary of Wells Fargo & Company.

2. Wells Fargo & Company is a publicly traded corporation. No person or entity that owns more than 10 percent of the shares of Wells Fargo & Company.

Dated: November 9, 2020

Respectfully submitted,

*/s/ Louis P. Gabel*
Louis P. Gabel (P80365)
JONES DAY
150 W. Jefferson Ave., Suite 2100
Detroit, MI 42226
P: (313) 733-3939
lpgabel@jonesday.com

Charlotte H. Taylor (DC 1024658)
JONES DAY
51 Louisiana Ave., N.W.
Washington, DC 20001
P: (202) 879-3939
ctaylor@jonesday.com

*Counsel for Defendant Wells Fargo Bank, N.A.*

## **CERTIFICATE OF SERVICE**

I certify that on November 9, 2020, I caused the foregoing document to be electronically filed with the Clerk of the Court through the CM/ECF system, which will effectuate service upon all counsel of record.

>  */s/ Louis P. Gabel*
>  Louis P. Gabel
>
>  *Counsel for Defendant Wells Fargo Bank, N.A.*