# EXHIBIT A

# GENESEE COUNTY MICHIGAN

Home | Disclaimer

 **Return**

## 67TH DISTRICT COURT

**Return to Search**

*For additional questions, please contact the Clerk's Office*

```
 _____
|STATE OF MICHIGAN    |                     | CASE NO:  16TB0927   D01 FY |
|67TH JUDICIAL DISTRICT|  REGISTER OF ACTIONS |                     |
|ORI250095J           |                     | STATUS: CLSD    12/18/19 |
|PIN: 16-0001         |                     |                     |
 _____
                                    JUDGE OF RECORD: GOGGINS,DAVID J.,    P-43842
                                          JUDGE: GOGGINS,DAVID J.,    P-43842
STATE OF MICHIGAN v

     PRYSBY/MICHAEL/FRANCIS-GERARD
     12130 CENTER RD
     BATH              MI 48808           ENTRY DATE: 04/20/16
                                          OFFENSE DATE: 01/01/13
                                          ARREST DATE:
                          VEHICLE TYPE:          VPN:
DOB: 01/11/1963  SEX: M  RACE: W                      CDL: U
VEH YR:          VEH MAKE:                    PAPER PLATE:
 _____
DEFENSE ATTORNEY ADDRESS                BAR NO.
BERGSTROM,CHRIS A.,                     P-28459
1003 N WASHINGTON AVE                   Telephone No.
LANSING          MI 48906               (517) 351-3700
 _____
OFFICER:                              |DEPT: ATTORNEY GENERAL
                                      |
PROSECUTOR: FLOOD,TODD F.,            |   P-58555
VICTIM/DESC:                          |
 _____
CNT: 01 C/M/F: F  750505                      PACC#750.505
COMMON LAW OFFENSES-MISCONDUCT IN OFFICE
ARRAIGNMENT DATE: 04/20/16   PLEA:              PLEA DATE:
FINDINGS:  NOLLE PROSEQ   DISPOSITION DATE: 12/18/19
SENTENCING DATE:
     FINE      COST  ST.COST    CON    MISC.    REST   TOT FINE   TOT DUE
     0.00      0.00    0.00    0.00    0.00    0.00     0.00      0.00
         JAIL SENTENCE:             PROBATION:
```

```
   VEH IMMOB START DATE:          NUMBER OF DAYS:        VEH FORFEITURE:

BOND HISTORY:
     10,000.00   PERSONAL   BOND SET
_____

CNT: 02 C/M/F: F  750505                    PACC#750.505
COMMON LAW OFFENSES-MISCONDUCT IN OFFICE
ARRAIGNMENT DATE:  04/20/16    PLEA:                 PLEA DATE:
FINDINGS: NOLLE PROSEQ   DISPOSITION DATE: 12/18/19
SENTENCING DATE:
     FINE      COST  ST.COST    CON    MISC.    REST   TOT FINE   TOT DUE
     0.00      0.00    0.00    0.00    0.00    0.00      0.00      0.00
        JAIL SENTENCE:            PROBATION:
   VEH IMMOB START DATE:          NUMBER OF DAYS:        VEH FORFEITURE:
_____

BOND HISTORY:
     10,000.00   PERSONAL   BOND SET
_____

CNT: 03 C/M/F: F  750483A6A        CONSPIRACY PACC#750.483A6A [C]
TAMPERING WITH EVIDENCE
ARRAIGNMENT DATE:  04/20/16    PLEA:                 PLEA DATE:
FINDINGS: NOLLE PROSEQ   DISPOSITION DATE: 12/18/19
SENTENCING DATE:
     FINE      COST  ST.COST    CON    MISC.    REST   TOT FINE   TOT DUE

NAME: PRYSBY/MICHAEL/FRANCIS-GERARD         CASE NO: 16TB0927    PAGE    2
     0.00      0.00    0.00    0.00    0.00    0.00      0.00      0.00
        JAIL SENTENCE:            PROBATION:
   VEH IMMOB START DATE:          NUMBER OF DAYS:        VEH FORFEITURE:
_____

BOND HISTORY:
     10,000.00   PERSONAL   BOND SET
_____

CNT: 04 C/M/F: F  750483A6A                 PACC#750.483A6A
TAMPERING WITH EVIDENCE
ARRAIGNMENT DATE:  04/20/16    PLEA:                 PLEA DATE:
FINDINGS: NOLLE PROSEQ   DISPOSITION DATE: 12/18/19
SENTENCING DATE:
     FINE      COST  ST.COST    CON    MISC.    REST   TOT FINE   TOT DUE
     0.00      0.00    0.00    0.00    0.00    0.00      0.00      0.00
        JAIL SENTENCE:            PROBATION:
   VEH IMMOB START DATE:          NUMBER OF DAYS:        VEH FORFEITURE:
_____

CNT: 05 C/M/F: M  3251001                   PACC#3251001
VIOLATION OF SAFE DRINING WATER ACT
ARRAIGNMENT DATE:  04/20/16    PLEA:                 PLEA DATE:
FINDINGS: NOLLE PROSEQ   DISPOSITION DATE: 12/18/19
SENTENCING DATE:
     FINE      COST  ST.COST    CON    MISC.    REST   TOT FINE   TOT DUE
     0.00      0.00    0.00    0.00    0.00    0.00      0.00      0.00
        JAIL SENTENCE:            PROBATION:
   VEH IMMOB START DATE:          NUMBER OF DAYS:        VEH FORFEITURE:
```

```
     10,000.00   PERSONAL   BOND SET
```
---

CNT: 06 C/M/F: M  3251001                          PACC#3251001
VIOLATION OF SAFE DRINING WATER ACT
ARRAIGNMENT DATE:  04/20/16    PLEA:                 PLEA DATE:
FINDINGS:  NOLLE PROSEQ   DISPOSITION DATE: 12/18/19
SENTENCING DATE:
      FINE       COST  ST.COST    CON     MISC.     REST    TOT FINE    TOT DUE
      0.00       0.00    0.00    0.00     0.00     0.00      0.00        0.00
       JAIL SENTENCE:            PROBATION:
  VEH IMMOB START DATE:            NUMBER OF DAYS:      VEH FORFEITURE:

---

BOND HISTORY:
     10,000.00   PERSONAL   BOND SET

---

CNT: 07 C/M/F: M  3251001                          PACC#3251001
VIOLATION OF SAFE DRINING WATER ACT
ARRAIGNMENT DATE:  04/20/16    PLEA:    NOLO CONTEND   PLEA DATE: 12/26/18
FINDINGS:  NOLLE PROSEQ   DISPOSITION DATE: 12/18/19
SENTENCING DATE:
      FINE       COST  ST.COST    CON     MISC.     REST    TOT FINE    TOT DUE
      0.00       0.00    0.00    0.00     0.00     0.00      0.00        0.00
       JAIL SENTENCE:            PROBATION:
  VEH IMMOB START DATE:            NUMBER OF DAYS:      VEH FORFEITURE:

---

 DATE                    ACTIONS, JUDGMENTS, CASE NOTES              INITIALS
---

NAME: PRYSBY/MICHAEL/FRANCIS-GERARD       CASE NO: 16TB0927    PAGE   3
---
 DATE                    ACTIONS, JUDGMENTS, CASE NOTES              INITIALS
---
01/01/13
  1  ORIGINAL CHARGE          COM LAW OFF                                CLT
  2  ORIGINAL CHARGE          COM LAW OFF                                CLT
  3  ORIGINAL CHARGE          TAMPERING                                  CLT
  4  ORIGINAL CHARGE          TAMPERING                                  CLT
  5  ORIGINAL CHARGE          SAFE WATER                                 CLT
04/20/16
     FILING DATE              042016                                     CLT
  1  AUTHORIZATION OF COMPLAINT DATE                                     CLT
     PROS FLOOD,TODD F.,                                    P-58555      CLT
     COMPLAINT ISSUANCE DATE                                             CLT
     JDG   COLLIER-NIX,TRACY L                              P-26837      CLT
  6  MISCELLANEOUS ACTION     SAFE WATER                                 CLT
     ADDED CHARGE             SAFE WATER                                 CLT
     MISCELLANEOUS ACTION     ALL COUNTS                                 CLT
     CO-DEFENDANT                                                        CLT
     CO-DEFENDANT                                                        CLT
     STEPHEN BENJAMIN BUSCH                                               CLT
     MICHAEL BRIAN GLASGOW                                                CLT

```
                  WARRANT ENTRY REQUESTED    42016 1100A               CLT
                                                                       CLT
                                             45525355                  CLT
                  WARRANT ENTERED INTO LEIN                            CLT
                  MISCELLANEOUS ACTION    ALL COUNTS                   CLT
                  PROS  SCHUETTE,BILL,                         P-32532 CLT
                  LEIN ENTERED ORIGINAL WARRANT                        CLT
                  NO BOND                                              CLT
                  MISCELLANEOUS ACTION    ALL COUNTS                   RT
                  ATT   REYNOLDS,FRANK HARR                    P-29917 RT
                  MISCELLANEOUS ACTION    ALL COUNTS                   CLT
                  JUDGE OF RECORD/MAGISTRATE CHANGED                   CLT
                    FROM: 00000 NO SPECIFIC JUDGE                      CLT
                      TO: 59603 MANLEY,JENNIFER J.,                    CLT
                  CIRCUIT COURT JUDGE                                  CLT
                  HAYMAN                                               CLT
                  CHR GIVEN TO JUDGE FOR ARRAIGNMENT                   CLT
                  MISCELLANEOUS ACTION    ALL COUNTS                   CLT
                  ATT   HILLMAN,RICHARD L.,                    P-40965 CLT
                  WARRANT CANCELLATION REQUESTED
                                   42016   212P                        CLT
                  WARRANT CANCELLATION ACCEPTED
                                   42016   213P                        CLT
                  WARRANT CANCELED FROM LEIN                           CLT
                  MISCELLANEOUS ACTION    ALL COUNTS                   CLT
                  CASE SENT TO COURTROOM                               CLT
                  WALKIN/45525355                                      CLT
                  SENT TO CRTM B                                       CLT
                  ARRAIGNMENT HELD        ALL COUNTS                   DA
                  JDG   MCCABE,MARK C.,                        P-26329 DA
                  SCHEDULED FOR PROBABLE CAUSE CONFERENCE
                                   050416  900A  MANLEY,JENNIFER J., P-59603 DA
                  PERSONAL                                             DA
                  BOND SET                            $  10000.00  042016 DA


NAME: PRYSBY/MICHAEL/FRANCIS-GERARD       CASE NO: 16TB0927     PAGE   4
_____
  DATE                    ACTIONS, JUDGMENTS, CASE NOTES         INITIALS
_____
    2 MISCELLANEOUS ACTION     COM LAW OFF                             DA
      PERSONAL                                                         DA
      BOND SET                              $  10000.00                DA
    3 MISCELLANEOUS ACTION     TAMPERING                               DA
      PERSONAL                                                         DA
      BOND SET                              $  10000.00                DA
    5 MISCELLANEOUS ACTION     SAFE WATER                              DA
      PERSONAL                                                         DA
      BOND SET                              $  10000.00                DA
    6 MISCELLANEOUS ACTION     SAFE WATER                              DA
      PERSONAL                                                         DA
      BOND SET                              $  10000.00                DA
    6 MISCELLANEOUS ACTION     SAFE WATER                              DA
04/21/16
    1 MISCELLANEOUS ACTION     COM LAW OFF                             CPD
      INFORMATION FILED                                                CPD
      REQ & NTC FOR MEDIA COVERAGE-WEYI                                CPD
```

```
    05/02/16
        CCH RAN FOR SID# & TCN-LOCATED SID #                         CPD
        CONTACTED MSP RE: TCN# - TOO MANY DIGITS                     CPD
        FOR JIS ENTRY                                                CPD
    05/03/16
        MISCELLANEOUS ACTION     ALL COUNTS                          CPD
        INFORMATION FILED                                            CPD
        REQ/NTC MEDIA COVERAGE WDIV TV                               CPD
    05/05/16
        PROBABLE CAUSE CONFERENCE HELD
                                 ALL COUNTS                          CPD
        JDG  MANLEY,JENNIFER J.,                          P-59603   CPD
        SCHEDULED FOR PROBABLE CAUSE CONFERENCE
                          051816  900A  MANLEY,JENNIFER J.,  P-59603 CPD
        SCHEDULED FOR EXAMINATION 071116  900A  MANLEY,JENNIFER J.,  P-59603 CPD
        ORDER FILED                                                  CPD
        STIP TO ADJOURN                                              CPD
        NOTICE TO APPEAR GENERATED
                                 ALL COUNTS                          CPD
    05/18/16
      1 PROBABLE CAUSE CONFERENCE HELD
                                 COM LAW OFF                         CKC
        JDG  MANLEY,JENNIFER J.,                          P-59603   CKC
        SCHEDULED FOR PRELIMINARY EXAMINATION
                          072016  900A  MANLEY,JENNIFER J.,  P-59603 CKC
    06/07/16
        MISCELLANEOUS ACTION     ALL COUNTS                          CPD
        ORDER FILED                                                  CPD
        PROTECTIVE ORDER                                             CPD
    07/08/16
        MISCELLANEOUS ACTION     ALL COUNTS                          CKC
        REMOVED FROM CALENDAR    071116  900A  MANLEY,JENNIFER J.,  P-59603 CKC
    07/12/16
        MISCELLANEOUS ACTION     ALL COUNTS                          CKC
        REMOVED FROM CALENDAR    072016  900A  MANLEY,JENNIFER J.,  P-59603 CKC


    NAME: PRYSBY/MICHAEL/FRANCIS-GERARD        CASE NO: 16TB0927     PAGE   5
    _____
     DATE                 ACTIONS, JUDGMENTS, CASE NOTES             INITIALS
    _____
        SCHEDULED FOR PRELIMINARY EXAMINATION
                          082216  1000A  MANLEY,JENNIFER J.,  P-59603 CKC
        NOTICE TO APPEAR GENERATED
                                 ALL COUNTS                          CKC
        MISCELLANEOUS ACTION     ALL COUNTS                          CPD
        PROS FLOOD,TODD F.,                               P-58555   CPD
    08/03/16
        MOTION FOR MORE DEFINITE STATEMENT AND/OR                    CKC
        BILL OF PARTICULARS, DEFENDANT'S MOTION FOR                  CKC
        SPECIFIC DISCOVERY AND/OR MOTION TO QUASH                    CKC
        COMPLAINT ALONG WITH A BRIEF IN SUPPORT,                     CKC
        NOTICE OF HEARING AND CERTIFICATE OF                         CKC
        MAILING IN THIS MATTER FOR FILING.                           CKC
        THE ABOVE MOTION HAS BEEN FILED AND CASE IS                  CKC
        BEING SENT TO JUDGE TO REVIEW                                CKC
```

```
08/15/16
                                                                          
        SCHEDULED FOR HEARING      081716  100P  MANLEY,JENNIFER J.,  P-59603 CKC
      1 NOTICE TO APPEAR GENERATED
                                   COM LAW OFF                                CKC
08/17/16
        MISCELLANEOUS ACTION       ALL COUNTS                                 DA
        SCHEDULED FOR PROBABLE CAUSE CONFERENCE
                                   090716 1000A  MANLEY,JENNIFER J.,  P-59603 DA
        MISCELLANEOUS ACTION       ALL COUNTS                                 CKC
        REMOVED FROM CALENDAR      082216 1000A  MANLEY,JENNIFER J.,  P-59603 CKC
        NOTICE TO APPEAR GENERATED
                                   ALL COUNTS                                 CKC
        NOTICE TO APPEAR GENERATED
                                   ALL COUNTS                                 CKC
08/22/16
      1 MISCELLANEOUS ACTION       COM LAW OFF                                RT2
        CERT. OF MAILING FILED                                                RT2
        MISCELLANEOUS ACTION       COM LAW OFF                                RT2
        NOTICE OF INTENT TO FILE ORDER                                        RT2
        MISCELLANEOUS ACTION       COM LAW OFF                                RT2
        ORDER DENYING DEF. MOTION FOR MORE DEF.                               RT2
        STATE. & BILL OF PARTICULARS AND/OR MOTION                            RT2
        TO QUASH                                                              RT2
        MISCELLANEOUS ACTION       COM LAW OFF                                RT2
        ORDER FILED-DEF. MOT. FOR MORE DEF. STATE.                            RT2
        & BILL OF PART. AND/OR MOTION TO QUASH                                RT2
09/06/16
        MISCELLANEOUS ACTION       ALL COUNTS                                 CPD
        INFORMATION FILED                                                     CPD
        REQ/NTC MEDIA COVERAGE WXYZ TV                                        CPD
09/08/16
        MISCELLANEOUS ACTION       ALL COUNTS                                 RT2
        INFORMATION FILED                                                     RT2
        REQ. FOR MEDIA COVERAGE-SIKA-WNEM TV5                                 RT2
        PROBABLE CAUSE CONFERENCE HELD
                                   ALL COUNTS                                 RT2
        SCHEDULED FOR PRE-TRIAL    011817  100P  MANLEY,JENNIFER J.,  P-59603 RT2

NAME: PRYSBY/MICHAEL/FRANCIS-GERARD         CASE NO: 16TB0927     PAGE   6
_____
  DATE                   ACTIONS, JUDGMENTS, CASE NOTES            INITIALS
_____
        SCHEDULED FOR PRELIMINARY EXAMINATION
                                   031317 1000A  MANLEY,JENNIFER J.,  P-59603 RT2
        NOTICE TO APPEAR GENERATED
                                   ALL COUNTS                                 RT2
09/29/16
      1 MISCELLANEOUS ACTION       COM LAW OFF                                CPD
        SCHEDULED FOR HEARING      111716  100P  MANLEY,JENNIFER J.,  P-59603 CPD
        DISCOVERY HEARING                                                     CPD
      1 NOTICE TO APPEAR GENERATED
                                   COM LAW OFF                                CPD
11/16/16
        MISCELLANEOUS ACTION       ALL COUNTS                                 RT2
        INFORMATION FILED                                                     RT2
```

```
         REQ. FOR MEDIA COVERAGE                                    RT2
         MISCELLANEOUS ACTION      ALL COUNTS                       RT2
         SCHEDULED FOR HEARING     122116  200P  MANLEY,JENNIFER J., P-59603 RT2
         NOTICE TO APPEAR GENERATED
                                   ALL COUNTS                       RT2
         NOTICE TO APPEAR GENERATED
                                   ALL COUNTS                       RT2
12/01/16
         MISCELLANEOUS ACTION      ALL COUNTS                       RT2
         INFORMATION FILED                                          RT2
         AMENDED CERT. OF SERV.-BY DEF. ATTY                        RT2
         MISCELLANEOUS ACTION      ALL COUNTS                       RT2
         SCHEDULED FOR MOTION HEARING
                                   011817  100P  MANLEY,JENNIFER J., P-59603 RT2
12/02/16
         MISCELLANEOUS ACTION      ALL COUNTS                       RT2
         INFORMATION FILED                                          RT2
         JUDGE'S COPY FILED- BRIEF IN SUPPORT OF MOT                RT2
         TO DISMISS, DEF'S MOTION TO DISMISS &                      RT2
         CERT. OF SERVICE                                           RT2
         MISCELLANEOUS ACTION      ALL COUNTS                       RT2
         INFORMATION FILED                                          RT2
         MOTION TO DISMISS, BRIEF IN SUPPORT OF                     RT2
         MOTION & CERT. OF SERVICE                                  RT2
         $20 CHECK FOR MOTION RETURNED TO DEF                       RT2
         WITH LETTER                                                RT2
12/21/16
         MISCELLANEOUS ACTION      ALL COUNTS                       CPD
         JDG  MANLEY,JENNIFER J.,                          P-59603  CPD
         ORDER FILED                                                CPD
         ADJOURNING MOTION HEARING                                  CPD
12/28/16
       1 MISCELLANEOUS ACTION      COM LAW OFF                      RT2
         INFORMATION FILED                                          RT2
         ATTY GUINN NOTICE RET. UNSERV.                             RT2
01/04/17
         NOTICE TO APPEAR GENERATED
                                   ALL COUNTS                       RT2
01/05/17


NAME: PRYSBY/MICHAEL/FRANCIS-GERARD      CASE NO: 16TB0927    PAGE   7
_____
  DATE                ACTIONS, JUDGMENTS, CASE NOTES        INITIALS
_____
       1 MISCELLANEOUS ACTION      COM LAW OFF                      RT2
         INFORMATION FILED                                          RT2
         DEF. RE-NOTICE OF HEARING TO DISMISS CT'S                  RT2
         1-4 TO BE HEARD ON 1/18/17 @ 1:00 P.M.                     RT2
01/12/17
       1 MISCELLANEOUS ACTION      COM LAW OFF                      RT2
         INFORMATION FILED                                          RT2
         ANS. IN OPPOSITION TO MOTION TO DISMISS-                   RT2
         FROM ATTY GENERAL                                          RT2
01/17/17
       1 MISCELLANEOUS ACTION      COM LAW OFF                      RT2
```

```
          INFORMATION FILED                                          RT2
          WNEM TV 5                                                  RT2
01/18/17
          MISCELLANEOUS ACTION     ALL COUNTS                        RT2
          INFORMATION FILED                                          RT2
          CERT. OF SERVICE, BRIEF IN SUPPORT OF DEF.                 RT2
          PRYSBY'S MOTION TO DISMISS CT'S 1,2,3 & 4                  RT2
          OF COMPLAINT                                               RT2
       1  PRE-TRIAL HELD           COM LAW OFF                       RT2
          JDG  MANLEY,JENNIFER J.,                       P-59603     RT2
          SCHEDULED FOR MOTION HEARING
                                   031317 1000A  MANLEY,JENNIFER J., P-59603 RT2
          SCHEDULED FOR PROBABLE CAUSE CONFERENCE
                                   031317 1000A  MANLEY,JENNIFER J., P-59603 RT2
          CEO 8209 KATRINA JENNINGS- COURT RECORDER                  RT2
       1  MISCELLANEOUS ACTION     COM LAW OFF                       RT2
          ORDER FOR DISCOVERY OF DOC. GRANTED IN PART                RT2
          EACH PTY WILL RECEIVE IT'S COMPELLED                       RT2
          STATEMENT & ALL NONCOMPELLED STATEMENTS.                   RT2
          MISCELLANEOUS ACTION     COM LAW OFF                       RT2
          THE PARTIES WILL FILE BRIEFS RE: WHETHER                   RT2
          THEY MAY RECEIVE NONCOMPELLED STATEMENTS.                  RT2
          PEOPLE HAVE 10 DAYS TO FILE WRITTEN OBJ.                   RT2
          DEF. HAVE 10 DAYS TO RESPONDS.                             RT2
          MISCELLANEOUS ACTION     COM LAW OFF                       RT2
          STIP OF THE PARTIES TO ACCEPT SERVICE OF                   RT2
          PROCESS VIA EMAIL SIGNED BY ATTY GENERAL                   RT2
          FLOOD, ATTY KRIGER (STEPHEN BUSCH) ATTY                    RT2
          HILLMAN (MICHAEL PRYSBY)                                   RT2
          MISCELLANEOUS ACTION     COM LAW OFF                       RT2
          ATTY BURDICK(ADAM ROSENTHAL), ATTY                         RT2
          SMIETANKA (PATRICK COOK), ATTY GUREWITZ                    RT2
          (NANCY PEELER), ATTY CHARTIER-MITTENDORF                   RT2
          (ROBERT SCOTT) ATTY GUINN(CORINNE MILLER)                  RT2
          MISCELLANEOUS ACTION     COM LAW OFF                       RT2
          ATTY MORLEY (LIANE SHEKTER SMITH)                          RT2
          MISCELLANEOUS ACTION     COM LAW OFF                       RT2
          SCHEDULED FOR MOTION HEARING
                                   031317 1000A  MANLEY,JENNIFER J., P-59603 RT2
01/19/17
       1  MISCELLANEOUS ACTION     COM LAW OFF                       RT2


NAME: PRYSBY/MICHAEL/FRANCIS-GERARD        CASE NO: 16TB0927     PAGE   8
_____
  DATE                  ACTIONS, JUDGMENTS, CASE NOTES              INITIALS
_____
          REMOVED FROM CALENDAR    031317 1000A  MANLEY,JENNIFER J., P-59603 RT2
       1  MISCELLANEOUS ACTION     COM LAW OFF                       RT2
          REMOVED FROM CALENDAR    031317 1000A  MANLEY,JENNIFER J., P-59603 RT2
       1  NOTICE TO APPEAR GENERATED
                                   COM LAW OFF                       RT2
02/01/17
          MISCELLANEOUS ACTION     ALL COUNTS                        RT2
          INFORMATION FILED                                          RT2
          REQ. FOR MEDIA COVERAGE-EBONY STITA                        RT2
```

```
       WEYI & WSMH                                              RT2
       MISCELLANEOUS ACTION     ALL COUNTS                      CPD
       INFORMATION FILED                                        CPD
       SUPPLEMENTAL BRIEF IN SUPPORT OF DEFENDANTS              CPD
       PRYSBY'S MOTION TO DISMISS CTS I,II,III &                CPD
       IV OF COMPLAINT                                          CPD
       PROOF OF SERV.FILED ON CLERK OF THE COURT                CPD
03/08/17
       MISCELLANEOUS ACTION     ALL COUNTS                      RT2
       INFORMATION FILED                                        RT2
       REQ. FOR MEDIA COVERAGE-STEPHEN CARMODY                  RT2
       MICHIGAN RADIO                                           RT2
       MEMORANDUM IN RESPONSE TO QUESTIONS POSED                HD
       BY THE COURT REGARDING COMPLAINT FILED                   HD
03/09/17
   1   MISCELLANEOUS ACTION     COM LAW OFF                     RT2
       INFORMATION FILED                                        RT2
       PROOF OF SERVICE                                         RT2
03/13/17
   1   HEARING ON MOTION HELD    COM LAW OFF                    RT2
       JDG  MANLEY,JENNIFER J.,                       P-59603   RT2
       SCHEDULED FOR PRELIMINARY EXAMINATION
                             091817 1000A  MANLEY,JENNIFER J.,  P-59603 RT2
       MOTION HEARING - DENIED                                  RT2
       ORDER GRANTING DEF. MICHAEL PRYSBY'S MOTION              RT2
       FOR DISCOVERY OF MICHIGAN STATE POLICE                   RT2
       INTERVIEWS & REPORTS - GRANTED                           RT2
   1   NOTICE TO APPEAR GENERATED
                             COM LAW OFF                        RT2
04/12/17
   1   MISCELLANEOUS ACTION     COM LAW OFF                     RT2
       INFORMATION FILED                                        RT2
       COURT FILE SENT TO JUDGE                                 RT2
       LETTER REQ. OUT-OF-STATE TRAVEL                          RT2
   1   MISCELLANEOUS ACTION     COM LAW OFF                     RT2
       JDG  MANLEY,JENNIFER J.,                       P-59603   RT2
       PERMISSION GRANTED ALLOWING DEF. OUT-OF-ST.              RT2
       TRAVEL FOR 8/19/17 THROUGH 8/27/17 FROM MI               RT2
       TO KENTUCKY, TENNESSEE & MISSOURI                        RT2
08/01/17
   1   MISCELLANEOUS ACTION     COM LAW OFF                     DME
       INFORMATION FILED                                        DME
       DEFENDANT REQUEST PERMISSION TO LEAVE STATE              DME

NAME: PRYSBY/MICHAEL/FRANCIS-GERARD       CASE NO: 16TB0927     PAGE   9
_____
  DATE                  ACTIONS, JUDGMENTS, CASE NOTES           INITIALS
_____
       ON 8/2/17 - PERMISSION GRANTED                           DME
08/10/17
   1   MISCELLANEOUS ACTION     COM LAW OFF                     DME
       INFORMATION FILED                                        DME
       UNOPPOSED MOTION TO ADJOURN PRELIMINARY                  DME
       EXAMINATION, NOTICE OF HEARING AND PROOF OF              DME
       SERVICE FILED                                            DME
```

```
08/16/17
    1 MISCELLANEOUS ACTION        ALL COUNTS                               DME
      REMOVED FROM CALENDAR     091817 1000A  MANLEY,JENNIFER J.,  P-59603 DME
      SCHEDULED FOR MOTION HEARING
                                091817 1000A  MANLEY,JENNIFER J.,  P-59603 DME
      NOTICE TO APPEAR GENERATED
                                ALL COUNTS                                 DME
08/28/17
    1 MISCELLANEOUS ACTION        COM LAW OFF                              DME
      APPROVED FOR OUT OF STATE TRAVEL ON 8/28/17                          DME
09/06/17
      MISCELLANEOUS ACTION        ALL COUNTS                               DME
      INFORMATION FILED                                                    DME
      LETTER REQUESTING OUT OF STATE TRAVEL                                DME
      FILE TO JUDGE FOR REVIEW                                             DME
09/18/17
      PROCEEDING HELD             ALL COUNTS                               CMD
      JDG  MANLEY,JENNIFER J.,                                     P-59603 CMD
      SCHEDULED FOR EXAMINATION 010818 1000A  MANLEY,JENNIFER J.,  P-59603 CMD
      MOTION TO ADJOURN GRANTED                                            CMD
01/08/18
      MEDIA REQUEST WEYI, WSMH FILED                                       HD
      EXAMINATION HELD            ALL COUNTS                               DME
      JDG  MANLEY,JENNIFER J.,                                     P-59603 DME
      SCHEDULED FOR PRELIMINARY EXAMINATION
                                011018 1000A  MANLEY,JENNIFER J.,  P-59603 DME
01/10/18
      MISCELLANEOUS ACTION        ALL COUNTS                               DME
      INFORMATION FILED                                                    DME
      NOTICE OF HEARING, MOTION FOR PROTECTIVE                             DME
      ORDER, BRIEF IN SUPPORT OF MOTION FILED                              DME
01/11/18
      EXAMINATION HELD            ALL COUNTS                               DME
      JDG  MANLEY,JENNIFER J.,                                     P-59603 DME
      SCHEDULED FOR PRELIMINARY EXAMINATION
                                020518 1000A  MANLEY,JENNIFER J.,  P-59603 DME
    1 MISCELLANEOUS ACTION        COM LAW OFF                              DME
      INFORMATION FILED                                                    DME
      MOTION FOR PRO HAC VICE ADMISSION FILED                              DME
02/05/18
      EXAMINATION HELD            ALL COUNTS                               DME
      JDG  MANLEY,JENNIFER J.,                                     P-59603 DME
      SCHEDULED FOR PRELIMINARY EXAMINATION
                                020918 1000A  MANLEY,JENNIFER J.,  P-59603 DME
02/08/18
      MISCELLANEOUS ACTION        ALL COUNTS                               DME

NAME: PRYSBY/MICHAEL/FRANCIS-GERARD        CASE NO: 16TB0927     PAGE  10
_____
 DATE                      ACTIONS, JUDGMENTS, CASE NOTES           INITIALS
_____
      REMOVED FROM CALENDAR     020918 1000A  MANLEY,JENNIFER J.,  P-59603 DME
      STIPULATION TO ADJ PROCEEDING FILED                                  DME
02/14/18
      MISCELLANEOUS ACTION        ALL COUNTS                               DME
      SCHEDULED FOR PRELIMINARY EXAMINATION
```

```
                                    022218 1000A  MANLEY,JENNIFER J.,  P-59603  DME
       EXAMINATION HELD         ALL COUNTS                                      DME
       JDG  MANLEY,JENNIFER J.,                                 P-59603  DME
         SCHEDULED FOR PRELIMINARY EXAMINATION
                                    022318 1000A  MANLEY,JENNIFER J.,  P-59603  DME
02/23/18
       EXAMINATION HELD         ALL COUNTS                                      DME
       JDG  MANLEY,JENNIFER J.,                                 P-59603  DME
         SCHEDULED FOR PRELIMINARY EXAMINATION
                                    032218 1000A  MANLEY,JENNIFER J.,  P-59603  DME
02/26/18
       NOTICE TO APPEAR GENERATED
                                 ALL COUNTS                                     DME
03/22/18
       EXAMINATION HELD         ALL COUNTS                                      DME
       JDG  MANLEY,JENNIFER J.,                                 P-59603  DME
         SCHEDULED FOR PRELIMINARY EXAMINATION
                                    040918 1000A  MANLEY,JENNIFER J.,  P-59603  DME
03/23/18
       NOTICE TO APPEAR GENERATED
                                 ALL COUNTS                                     DME
03/28/18
    1  MISCELLANEOUS ACTION      COM LAW OFF                                    DME
       REMOVED FROM CALENDAR     040918 1000A  MANLEY,JENNIFER J.,  P-59603  DME
         SCHEDULED FOR PRELIMINARY EXAMINATION
                                    041618 1000A  MANLEY,JENNIFER J.,  P-59603  DME
    1  NOTICE TO APPEAR GENERATED
                                 COM LAW OFF                                    DME
04/06/18
    1  MISCELLANEOUS ACTION      COM LAW OFF                                    DME
       REQUEST AND NOTICE FOR FILM AND MEDIA                                    DME
       COVERAGE FILED BY UNTITLED MIDWESTERN                                    DME
       FILMS PROJECT                                                            DME
04/12/18
    1  MISCELLANEOUS ACTION      COM LAW OFF                                    DME
       REMOVED FROM CALENDAR     041618 1000A  MANLEY,JENNIFER J.,  P-59603  DME
         SCHEDULED FOR PRELIMINARY EXAMINATION
                                    041618 1130A  MANLEY,JENNIFER J.,  P-59603  DME
04/16/18
       EXAMINATION HELD         ALL COUNTS                                      DME
       JDG  MANLEY,JENNIFER J.,                                 P-59603  DME
         SCHEDULED FOR PRELIMINARY EXAMINATION
                                    042018 1000A  MANLEY,JENNIFER J.,  P-59603  DME
04/20/18
       EXAMINATION HELD         ALL COUNTS                                      DME
       JDG  MANLEY,JENNIFER J.,                                 P-59603  DME
         SCHEDULED FOR PRELIMINARY EXAMINATION

NAME: PRYSBY/MICHAEL/FRANCIS-GERARD       CASE NO: 16TB0927     PAGE  11
_____
 DATE                    ACTIONS, JUDGMENTS, CASE NOTES              INITIALS
_____
                                    051418 1000A  MANLEY,JENNIFER J.,  P-59603  DME
04/23/18
       NOTICE TO APPEAR GENERATED
```

```
                                ALL COUNTS                              DME
        EXAMINATION HELD        ALL COUNTS                              DME
        JDG  MANLEY,JENNIFER J.,                              P-59603   DME
        SCHEDULED FOR PRELIMINARY EXAMINATION
                                051618 1000A  MANLEY,JENNIFER J.,  P-59603  DME
05/15/18
   1  MISCELLANEOUS ACTION      COM LAW OFF                             DME
        REMOVED FROM CALENDAR   051618 1000A  MANLEY,JENNIFER J.,  P-59603  DME
05/17/18
        MISCELLANEOUS ACTION    ALL COUNTS                              DME
        SCHEDULED FOR PRELIMINARY EXAMINATION
                                053018 1000A  MANLEY,JENNIFER J.,  P-59603  DME
        NOTICE TO APPEAR GENERATED
                                ALL COUNTS                              DME
05/23/18
   3  MISCELLANEOUS ACTION      TAMPERING                               DME
        INFORMATION FILED                                               DME
        DEFT'S MOTION TO ADJOURN EXAM                                   DME
05/24/18
        MISCELLANEOUS ACTION    ALL COUNTS                              DME
        REMOVED FROM CALENDAR   053018 1000A  MANLEY,JENNIFER J.,  P-59603  DME
        SCHEDULED FOR PRELIMINARY EXAMINATION
                                071218 1000A  MANLEY,JENNIFER J.,  P-59603  DME
        ORDER GRANTING DEFT MOTION TO ADJOURN FILED                     DME
        NOTICE TO APPEAR GENERATED
                                ALL COUNTS                              DME
05/30/18
        MISCELLANEOUS ACTION    ALL COUNTS                              DME
        REMOVED FROM CALENDAR   071218 1000A  MANLEY,JENNIFER J.,  P-59603  DME
        SCHEDULED FOR PRELIMINARY EXAMINATION
                                071618 1000A  MANLEY,JENNIFER J.,  P-59603  DME
        NOTICE TO APPEAR GENERATED
                                ALL COUNTS                              DME
06/14/18
        NOTICE TO APPEAR GENERATED
                                ALL COUNTS                              DME
07/10/18
   1  MISCELLANEOUS ACTION      COM LAW OFF                             DME
        STIP AND ORDER FOR SUBSTITUTION OF COUNSEL                      DME
        FILED - FILE TO JUDGE                                           DME
07/11/18
   1  MISCELLANEOUS ACTION      COM LAW OFF                             DME
        ATT  BERGSTROM,CHRIS A.,                              P-28459   DME
        ORDER FOR SUB COUNSEL SIGNED- ATTY                              DME
        BERGSTROM REPLACES ATTY REYNOLDS                                DME
07/16/18
        EXAMINATION HELD        ALL COUNTS                              DME
        JDG  MANLEY,JENNIFER J.,                              P-59603   DME
        SCHEDULED FOR PRELIMINARY EXAMINATION

NAME: PRYSBY/MICHAEL/FRANCIS-GERARD       CASE NO: 16TB0927    PAGE  12
_____
  DATE                   ACTIONS, JUDGMENTS, CASE NOTES          INITIALS
_____
                                080818 1000A  MANLEY,JENNIFER J.,  P-59603  DME
```

```
07/17/18
                                 ALL COUNTS                              DME
08/08/18
  1  EXAMINATION HELD         COM LAW OFF                                DME
     JDG  MANLEY,JENNIFER J.,                                  P-59603   DME
     SCHEDULED FOR PRELIMINARY EXAMINATION
                                 081018 1000A  MANLEY,JENNIFER J.,  P-59603  DME
08/10/18
  1  EXAMINATION HELD         COM LAW OFF                                DME
     JDG  MANLEY,JENNIFER J.,                                  P-59603   DME
     SCHEDULED FOR PRELIMINARY EXAMINATION
                                 082218 1000A  MANLEY,JENNIFER J.,  P-59603  DME
  1  NOTICE TO APPEAR GENERATED
                                 COM LAW OFF                             DME
08/22/18
     EXAMINATION HELD          ALL COUNTS                                DME
     JDG  MANLEY,JENNIFER J.,                                  P-59603   DME
     SCHEDULED FOR PRELIMINARY EXAMINATION
                                 091918 1000A  MANLEY,JENNIFER J.,  P-59603  DME
08/23/18
     NOTICE TO APPEAR GENERATED
                                 ALL COUNTS                              DME
08/27/18
  1  MISCELLANEOUS ACTION      COM LAW OFF                               DME
     TRANSCRIPT FILED                                                    DME
     VOL I-XII                                                           DME
09/04/18
     MISCELLANEOUS ACTION      ALL COUNTS                                LMB
     TRANSCRIPT FILED                                                    LMB
     CER 5710 LYNN BELDIN- COURT RECORDER                                LMB
     VOLUME 13                                                           LMB
09/10/18
     MISCELLANEOUS ACTION      ALL COUNTS                                LMB
     TRANSCRIPT FILED                                                    LMB
     CER 5710 LYNN BELDIN- COURT RECORDER                                LMB
     VOLUME 14                                                           LMB
09/19/18
  1  EXAMINATION HELD          COM LAW OFF                               DME
     JDG  MANLEY,JENNIFER J.,                                  P-59603   DME
     SCHEDULED FOR PRELIMINARY EXAMINATION
                                 092718 1000A  MANLEY,JENNIFER J.,  P-59603  DME
     CASE TO BE HELD IN COURT ROOM #4                                    DME
09/24/18
     MISCELLANEOUS ACTION      ALL COUNTS                                LMB
     TRANSCRIPT FILED                                                    LMB
     CER 5710 LYNN BELDIN- COURT RECORDER                                LMB
     VOLUME 15                                                           LMB
09/27/18
  1  EXAMINATION HELD          COM LAW OFF                               CRL
     JDG  MANLEY,JENNIFER J.,                                  P-59603   CRL
     SCHEDULED FOR EXAMINATION  100118 1000A  MANLEY,JENNIFER J.,  P-59603  CRL


NAME: PRYSBY/MICHAEL/FRANCIS-GERARD       CASE NO: 16TB0927      PAGE  13
_____
 DATE                ACTIONS, JUDGMENTS, CASE NOTES              INITIALS
```

```
    1  NOTICE TO APPEAR GENERATED
                              COM LAW OFF                           CRL
10/01/18
    1  EXAMINATION HELD       COM LAW OFF                           DME
       JDG  MANLEY,JENNIFER J.,                          P-59603    DME
       SCHEDULED FOR PRELIMINARY EXAMINATION
                              100518 1000A  MANLEY,JENNIFER J., P-59603 DME
10/05/18
       EXAMINATION HELD       ALL COUNTS                            DME
       JDG  MANLEY,JENNIFER J.,                          P-59603    DME
       SCHEDULED FOR PRELIMINARY EXAMINATION
                              102918 1000A  MANLEY,JENNIFER J., P-59603 DME
10/08/18
       NOTICE TO APPEAR GENERATED
                              ALL COUNTS                            DME
10/17/18
       MISCELLANEOUS ACTION   ALL COUNTS                            LMB
       TRANSCRIPT FILED                                             LMB
       CER 5710 LYNN BELDIN- COURT RECORDER                         LMB
       VOLUME 16                                                    LMB
10/22/18
       MISCELLANEOUS ACTION   ALL COUNTS                            LMB
       TRANSCRIPT FILED                                             LMB
       CER 5710 LYNN BELDIN- COURT RECORDER                         LMB
       VOLUME 17 & 18                                               LMB
10/29/18
       EXAMINATION HELD       ALL COUNTS                            DME
       JDG  MANLEY,JENNIFER J.,                          P-59603    DME
       SCHEDULED FOR PRELIMINARY EXAMINATION
                              110618 1000A  MANLEY,JENNIFER J., P-59603 DME
       TO BE HELD IN COURTROOM #4                                   DME
10/30/18
       NOTICE TO APPEAR GENERATED
                              ALL COUNTS                            DME
11/05/18
       MISCELLANEOUS ACTION   ALL COUNTS                            LMB
       TRANSCRIPT FILED                                             LMB
       CER 5710 LYNN BELDIN- COURT RECORDER                         LMB
       VOLUME 19                                                    LMB
11/06/18
       EXAMINATION HELD       ALL COUNTS                            DME
       JDG  MANLEY,JENNIFER J.,                          P-59603    DME
       SCHEDULED FOR PRELIMINARY EXAMINATION
                              110918 1000A  MANLEY,JENNIFER J., P-59603 DME
11/09/18
       EXAMINATION HELD       ALL COUNTS                            DME
       JDG  MANLEY,JENNIFER J.,                          P-59603    DME
       SCHEDULED FOR PRELIMINARY EXAMINATION
                              111318 1000A  MANLEY,JENNIFER J., P-59603 DME
       TO BE HELD IN COURTROOM # 4                                  DME
11/13/18
       EXAMINATION HELD       ALL COUNTS                            DME


NAME: PRYSBY/MICHAEL/FRANCIS-GERARD        CASE NO: 16TB0927    PAGE  14
```

```
        JDG   MANLEY,JENNIFER J.,                              P-59603  DME
        SCHEDULED FOR PRELIMINARY EXAMINATION
                             111418 1000A   MANLEY,JENNIFER J.,  P-59603  DME
11/14/18
        EXAMINATION HELD         ALL COUNTS                              DME
        JDG   MANLEY,JENNIFER J.,                              P-59603  DME
        SCHEDULED FOR PRELIMINARY EXAMINATION
                             121018 1000A   MANLEY,JENNIFER J.,  P-59603  DME
11/15/18
        NOTICE TO APPEAR GENERATED
                                 ALL COUNTS                              DME
11/26/18
        MISCELLANEOUS ACTION     ALL COUNTS                              LMB
        TRANSCRIPT FILED                                                 LMB
        CER 5710 LYNN BELDIN- COURT RECORDER                             LMB
        VOLUME 20                                                        LMB
12/03/18
        MISCELLANEOUS ACTION     ALL COUNTS                              LMB
        TRANSCRIPT FILED                                                 LMB
        CER 5710 LYNN BELDIN- COURT RECORDER                             LMB
        VOLUME 21                                                        LMB
12/04/18
        MISCELLANEOUS ACTION     ALL COUNTS                              LMB
        TRANSCRIPT FILED                                                 LMB
        CER 5710 LYNN BELDIN- COURT RECORDER                             LMB
        VOLUME 22                                                        LMB
12/10/18
    1   EXAMINATION HELD         COM LAW OFF                             DME
        JDG   MANLEY,JENNIFER J.,                              P-59603  DME
        SCHEDULED FOR PRELIMINARY EXAMINATION
                             121218 1000A   MANLEY,JENNIFER J.,  P-59603  DME
12/12/18
        EXAMINATION HELD         ALL COUNTS                              DME
        JDG   MANLEY,JENNIFER J.,                              P-59603  DME
        SCHEDULED FOR PRELIMINARY EXAMINATION
                             010719 1000A   MANLEY,JENNIFER J.,  P-59603  DME
        NOTICE TO APPEAR GENERATED
                                 ALL COUNTS                              DME
12/19/18
        MISCELLANEOUS ACTION     ALL COUNTS                              LMB
        TRANSCRIPT FILED                                                 LMB
        CER 5710 LYNN BELDIN- COURT RECORDER                             LMB
        VOLUME 24                                                        LMB
12/26/18
    1   PROCEEDING HELD          COM LAW OFF                             CRL
        JDG   GOGGINS,DAVID J.,                               P-43842   CRL
        ORDER OF NOLLE PROSEQUI ENTERED                                  CRL
        DISMISSED WITHOUT PREJUDICE                                      CRL
        CER 7296 JANET DRIESEN- COURT RECORDER                           CRL
    2   MISCELLANEOUS ACTION     COM LAW OFF                             CRL
        ORDER OF NOLLE PROSEQUI ENTERED                                  CRL
        DISMISSED WITHOUT PREJUDICE                                      CRL
    3   PROCEEDING HELD          TAMPERING                               CRL
```

```
  DATE                  ACTIONS, JUDGMENTS, CASE NOTES           INITIALS
_____
       ORDER OF NOLLE PROSEQUI ENTERED                              CRL
       DISMISSED WITHOUT PREJUDICE                                  CRL
   4   PROCEEDING HELD          TAMPERING                           CRL
       ORDER OF NOLLE PROSEQUI ENTERED                              CRL
       DISMISSED WITHOUT PREJUDICE                                  CRL
   5   PROCEEDING HELD          SAFE WATER                          CRL
       ORDER OF NOLLE PROSEQUI ENTERED                              CRL
       DISMISSED WITHOUT PREJUDICE                                  CRL
   6   PROCEEDING HELD          SAFE WATER                          CRL
       ORDER OF NOLLE PROSEQUI ENTERED                              CRL
       DISMISSED WITHOUT PREJUDICE                                  CRL
   7   MISCELLANEOUS ACTION     SAFE WATER                          CRL
       ADDED CHARGE             SAFE WATER                          CRL
       PROCEEDING HELD          SAFE WATER                          CRL
       PLEAD NOLO CONTENDERE                                        CRL
       DISPOSED ON PLEA OF NOLO CONTENDERE                          CRL
       CER 7296 JANET DRIESEN- COURT RECORDER                       CRL
       ADVISED OF RIGHTS                                            CRL
       DELAYED SENTENCE UNDER STATUTE 771.1                         CRL
       MISCELLANEOUS ACTION     SAFE WATER                          CRL
       SCHEDULED FOR SENTENCING  012319  900A  GOGGINS,DAVID J.,   P-43842 CRL
       REVIEW FOR SENTENCING                                        CRL
12/27/18
       JUDGE OF RECORD/MAGISTRATE CHANGED                           CRL
         FROM: 59603 MANLEY,JENNIFER J.,                            CRL
           TO: 43842 GOGGINS,DAVID J.,                              CRL
01/02/19
   1   MISCELLANEOUS ACTION     COM LAW OFF                         DME
       REMOVED FROM CALENDAR    010719 1000A  MANLEY,JENNIFER J.,  P-59603 DME
01/14/19
       MISCELLANEOUS ACTION     ALL COUNTS                          LMB
       TRANSCRIPT FILED                                             LMB
       CER 5710 LYNN BELDIN- COURT RECORDER                         LMB
       VOLUME 23                                                    LMB
01/15/19
       MISCELLANEOUS ACTION     ALL COUNTS                          LMB
       TRANSCRIPT FILED                                             LMB
       CER 5710 LYNN BELDIN- COURT RECORDER                         LMB
       VOLUME 25                                                    LMB
01/23/19
       MISCELLANEOUS ACTION     ALL COUNTS                          CRL
       SCHEDULED FOR SENTENCING  021319  900A  GOGGINS,DAVID J.,   P-43842 CRL
       NOTICE TO APPEAR GENERATED
                                ALL COUNTS                          CRL
04/05/19
   1   MISCELLANEOUS ACTION     COM LAW OFF                         CRL
       SCHEDULED FOR REVIEW     062619  830A  GOGGINS,DAVID J.,    P-43842 CRL
       REVIEW FOR COURT PURPOSES ONLY                               CRL
06/26/19
       MISCELLANEOUS ACTION     ALL COUNTS                          CRL
       SCHEDULED FOR REVIEW     121819  830A  GOGGINS,DAVID J.,    P-43842 CRL
```

```
                SCHEDULED FOR SENTENCING  121819  830A  GOGGINS,DAVID J.,    P-43842  CRL

   NAME: PRYSBY/MICHAEL/FRANCIS-GERARD         CASE NO: 16TB0927     PAGE  16
   _____
     DATE                      ACTIONS, JUDGMENTS, CASE NOTES          INITIALS
   _____
      1  REVIEW HEARING HELD       COM LAW OFF                             CRL
         PREVIOUS DISPOSITION SET ASIDE/CASELOAD REOPENED                  CRL
      1  SUPPLEMENTAL SENTENCING                                           CRL
      2  REVIEW HEARING HELD       COM LAW OFF                             CRL
         PREVIOUS DISPOSITION SET ASIDE                                    CRL
      2  SUPPLEMENTAL SENTENCING                                           CRL
      3  REVIEW HEARING HELD       TAMPERING                               CRL
         PREVIOUS DISPOSITION SET ASIDE                                    CRL
      3  SUPPLEMENTAL SENTENCING                                           CRL
      4  REVIEW HEARING HELD       TAMPERING                               CRL
         PREVIOUS DISPOSITION SET ASIDE                                    CRL
      4  SUPPLEMENTAL SENTENCING                                           CRL
      5  REVIEW HEARING HELD       SAFE WATER                              CRL
         PREVIOUS DISPOSITION SET ASIDE                                    CRL
      5  SUPPLEMENTAL SENTENCING                                           CRL
      6  REVIEW HEARING HELD       SAFE WATER                              CRL
         PREVIOUS DISPOSITION SET ASIDE                                    CRL
      6  SUPPLEMENTAL SENTENCING                                           CRL
      7  REVIEW HEARING HELD       SAFE WATER                              CRL
         PREVIOUS DISPOSITION SET ASIDE                                    CRL
      7  SUPPLEMENTAL SENTENCING                                           CRL
         REVIEW HEARING HELD       ALL COUNTS                              CRL
         JDG   GOGGINS,DAVID J.,                            P-43842        CRL
         ORDER OF NOLLE PROSEQUI ENTERED                                   CRL
         DISMISSED WITH PREJUDICE                                          CRL
         CER 7296 JANET DRIESEN- COURT RECORDER                            CRL
         CASE CLOSED                                                       CRL
         TCN ADDED                                                         CRL
         MISCELLANEOUS ACTION      ALL COUNTS                              CRL
         CHR/EJUD REJ SENT TO ADMINISTRATION                               CRL
         CCH RAN FOR TCN/LOCATED                                           CRL
   01/28/20
         CASE SENT TO CIRCUIT COURT                                        CLG
               ***** END OF REGISTER OF ACTIONS ***** 11/30/20 20:03
```

[Return to Search](#)