## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| LeeAnne Walters, as Next of Friend for Two Minor Children, G.W. 1 and G.W. 2, et al., | Case No. 5:20-cv-12726 |
| *Plaintiffs*, | Hon. Judith E. Levy |
| v. | |
| J.P. Morgan Chase & Co.; Wells Fargo Bank, National Association; and Stifel, Nicolaus and Company, Incorporated, | |
| *Defendants*. | |

## **SUPPLEMENTAL RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(b)(2), the undersigned counsel for Defendant J.P. Morgan Securities LLC, incorrectly named in the Complaint as J.P. Morgan Chase & Co., states as follows:

Defendant J.P. Morgan Securities LLC is an indirect, wholly-owned subsidiary of JPMorgan Chase & Co., which is a publicly held corporation. JPMorgan Chase & Co. does not have a parent corporation and no publicly held corporation owns 10% or more of its stock. However, The Vanguard Group, Inc., an investment adviser which is not a publicly held corporation, has reported that registered investment companies, other pooled investment vehicles and

institutional accounts that it or its subsidiaries sponsor, manage or advise have aggregate ownership under certain regulations of 10% or more of the stock of JPMorgan Chase & Co.

Dated: March 26, 2021

Respectfully submitted,

*/s/ Louis P. Gabel*
Louis P. Gabel (P80365)
JONES DAY
150 W. Jefferson Ave., Suite 2100
Detroit, MI 42226
P: (313) 733-3939
lpgabel@jonesday.com

Charlotte H. Taylor (DC 1024658)
JONES DAY
51 Louisiana Ave., N.W.
Washington, DC 20001
P: (202) 879-3939
ctaylor@jonesday.com

*Counsel for Defendants J.P. Morgan Securities LLC, Wells Fargo Bank, and Stifel, Nicolaus and Company, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on March 26, 2021, I caused the above Notice of Appearance to be electronically filed with the Clerk of the Court through the CM/ECF system, which will effectuate service upon all counsel of record.

/s/ Louis P. Gabel
Louis P. Gabel

*Counsel for Defendants J.P. Morgan Securities LLC, Wells Fargo Bank, and Stifel, Nicolaus and Company, Inc.*